THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER DUNDON, :
:
Plaintiff, :
v. : 3:18-CV-1851
: (JUDGE MARIANI)
INSTAWHIP FOODS, INC., et al., :
:
Defendants. :

## ORDER

AND NOW, THIS 24th DAY OF APRIL, 2019, Mediator Laurence Kelly, Esq., having reported to the Court that the above-captioned action has been settled (Doc. 25), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Robert D. Mariani
United States District Judge